[No. 11453-4-II. Division Two. January 18, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. VINCENT RUSSO, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 87-1-00303-2, Alan R. Hallowell, J., entered October 8, 1987. *Affirmed* by unpublished opinion

per Schumacher, J. Pro Tem., concurred in by Alexander, C.J., and Baker, J. Pro Tem.